U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA  2012 JUN 20  AM 10: 34
SAVANNAH DIVISION

CLERK
SO. DIST. OF GA.

GEORGE DAVID ZIMMER and NICOLE)
ZIMMER,                        )
                               )
        Plaintiffs,            )
                               )
v.                             )          CASE NO. CV412-147
                               )
WAL-MART STORES, INC., d/b/a)
Sam's Club, Store No. 4820,    )
                               )
        Defendant.             )
                               )

## O R D E R

Before the Court is the parties Joint Motion for
Dismissal Without Prejudice.  (Doc. 8.)  Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a
plaintiff may dismiss an action by filing "a stipulation of
dismissal signed by all parties who have appeared."  As
requested, Plaintiffs' claims against Defendant are
**DISMISSED WITHOUT PREJUDICE.**  Each party in this action
shall bear its own costs and attorney fees.  The Clerk of
Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA