U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUN 20 AM 10: 34

CLERK_____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

GEORGE DAVID ZIMMER and NICOLE )
ZIMMER, )
                                  )
     Plaintiffs, )
                                    )
v. )     CASE NO. CV412-147
                                    )
WAL-MART STORES, INC., d/b/a )
Sam's Club, Store No. 4820, )
                                    )
     Defendant. )
                                    )

### O R D E R

Before the Court is the parties Joint Motion for Dismissal Without Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA